**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. _____22-mj-04102-AOR_____

**UNITED STATES OF AMERICA**

vs.

**FRANCISCO FLORENTINO VALDEZ,**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___Yes _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Christine Hernandez*
Christine Hernandez
Assistant United States Attorney
Florida Bar. 15349
11200 NW 20th Street
Miami, Florida 33172
Tel: (305) 715-7641
Christine.Hernandez@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  22-mj-04102-AOR |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
|  |  |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Andrea Randou, having been first duly sworn, do hereby depose and state as follows:

1. I am employed as a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been so employed since December 2018. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, and 21 of the United States Code. I am currently assigned to an investigative group responsible for conducting investigations of financial crimes, to include money laundering and narcotic violations. As such, I have participated in and conducted numerous criminal investigations, and have obtained and executed multiple search warrants. I am also working with Special Agents who have conducted multiple complex narcotic investigations and executed multiple search warrants. From these experiences, I have become familiar with investigations concerning the possession, manufacturing, distribution, and importation of controlled substance, as well as methods used to finance drug transactions and launder drug proceeds.

2. This affidavit is submitted in support of a complaint for the arrest of Francisco FLORENTINO VALDEZ for knowingly and willfully conspiring with other known and unknown persons to import a controlled substance into the United States, in violation of Title 21, United States Code, Section 963.

3. The facts listed in this affidavit are known personally to me or have been provided to me by other law enforcement officers participating in the investigation. The affidavit is provided solely for the purpose of establishing probable cause to arrest

FLORENTINO. Accordingly, this affidavit does not contain all of the facts known to me and other law enforcement concerning this investigation.

4.  In November 2022, a confidential informant ("CI") provided law enforcement information concerning an individual who was shipping large quantities of cocaine into the Port of Miami via shipping containers from the Dominican Republic. Law enforcement later identified the leader of the Drug Trafficking Organization ("DTO") as Juan ORAMA-PEREZ.

5.  Throughout the month of November 2022 and at the direction of law enforcement, the CI placed multiple recorded telephone calls to ORAMA-PEREZ. During these conversations, ORAMA-PEREZ, ORAMA-PEREZ's supplier (hereafter known as "SOS") and the CI discussed having a large shipment of cocaine delivered to the Port of Miami from the Dominican Republic in December 2022. The CI advised ORAMA-PEREZ that he could arrange for the retrieval of narcotics from the Port of Miami and deliver the narcotics to a member of the DTO for further distribution. ORAMA-PEREZ advised the CI he (ORAMA-PEREZ) would have an individual travel from the Dominican Republic to Miami, Florida, to meet the CI and receive the narcotics.

6.  On December 3, 2022, at the direction of law enforcement, the CI conducted a recorded conversation with ORAMA-PEREZ and the SOS. During the conversation, ORAMA-PEREZ advised the CI that a container with a large quantity of cocaine was shipped from the Dominican Republic to the Port of Miami for the CI to retrieve. ORAMA-PEREZ advised that the individual he was sending to receive the narcotics had departed the Dominican Republic to meet with the CI prior to the shipment's arrival in Miami, Florida. The individual who was sent to meet with the CI prior to the shipment's arrival in Miami, Florida, was later identified as FLORENTINO.

7. FLORENTINO entered the United States on December 3, 2022, through the Orlando International Airport from Santo Domingo, Dominican Republic.

8. On December 4, 2022, a meeting was conducted with FLORENTINO, the CI, and an undercover agent ("UC") in Miami, Florida. During the meeting, FLORENTINO provided the UC and the CI the container number and location information of the narcotics that were shipped from the Dominican Republic. The meeting was audio and video recorded and preserved as evidence by law enforcement.

9. On December 5, 2022, a second meeting was conducted with FLORENTINO, the CI and UC. During the meeting, FLORENTINO provided the UC and the CI additional details concerning how the narcotics were sent and how FLORENTINO was going to distribute the narcotics in the Miami, Florida, area. The meeting was audio and video recorded and preserved by law enforcement as evidence.

10. On December 7, 2022, law enforcement seized 90 kilograms of cocaine from the shipping container that ORAMA PEREZ had sent to the Port of Miami. The narcotics field tested positive for cocaine. The location of the container at the Port of Miami and the narcotics was information given to the CI and UC by FLORENTINO.

11. On December 9, 2022, based on recorded conversations, undercover agent meetings, and cell site tracking data, as well as the investigation to date, law enforcement set up surveillance in Miami-Dade County. Law enforcement observed FLORENTINO arrive at a predetermined meet location where FLORENTINO was to receive the 90 kilograms of cocaine. Shortly thereafter, FLORENTINO met with the UC and provided the UC $96,000.00 dollars of US currency for the 90 kilograms of cocaine. Subsequently, the UC led FLORENTINO to a

location and provided him with 90 kilograms of "sham" cocaine.[1] FLORENTINO placed the narcotics into his vehicle and departed the location. FLORENTINO was subsequently stopped and placed under arrest.

12. Based on these facts, there is probable cause to believe that, on December 9, 2022, in Miami Dade County, in the Southern District of Florida, and elsewhere, FLORENTINO did knowingly and willfully conspire with other known and unknown persons to import a controlled substance into the United States, in violation of Title 21, United States Code, Section 963.

_____
Andrea Randou, Special Agent
Department of Homeland Security

Sworn to and subscribed before me this _10th___ day of December 2022, in Miami, Florida.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

---

[1] Upon law enforcement seizing the 90 kilograms of actual cocaine, law enforcement substituted the 90 kilograms of cocaine for 90 kilograms of "sham" cocaine to use in the delivery to FLORENTINO. The 90 kilograms of cocaine have been photographed, impounded, and preserved as evidence by law enforcement.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-04102-AOR

### BOND RECOMMENDATION

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Christine Hernandez*
**AUSA:**

Last Known Address: _____

What Facility: _____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)