UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-20599-WILLIAMS

UNITED STATES OF AMERICA

vs.

FRANCISCO FLORENTINO VALDEZ, et al.,

    *Defendants.*
_____/

## NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance as a counsel of record in this case. The undersigned requests to be informed of all future filings in the above captioned case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Jason A. Reding*
JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, FL 33132-2111
Telephone: (305) 961-9202
Email: jason.reding@usdoj.gov
Florida Bar No. 56876

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Jason A. Reding*
JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY